**Willie J. RANGE, Plaintiff-Appellant,**

v.

**LIBERTY MUTUAL INSURANCE CO. et al., Defendants-Appellees.**

No. 29272.

United States Court of Appeals,
Fifth Circuit.

Dec. 8, 1970.

Alan H. Dombrowsky, Miami, Fla., for plaintiff-appellant.

**688**

Paul R. Larkin, Jr., James E. Tribble, Reginald L. Williams, Miami, Fla., for defendants-appellees.

Before THORNBERRY, GOLDBERG and AINSWORTH, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.